**TO: Clerk's Office**
   **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF NEW YORK**



   **APPLICATION FOR LEAVE**
   **TO FILE DOCUMENT UNDER SEAL**

*********************************
UNITED STATES

             -v.-
MING HUANG CHEN et al.

24-MJ-196
Docket Number

*********************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name:_____Kamil R. Ammari_____
Firm Name:_____USAO-EDNY_____
Address:_____271A Cadman Plaza East_____
              Brooklyn, New York 11201_____
Phone Number:__718-254-6075_____
E-Mail Address:_Kamil.Ammari@usdoj.gov_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES_____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a _new_ application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY _NOT_ BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn                    , NEW YORK

_____

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                                  DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____March 4, 2024_____          *Kamil R. Ammari*
          DATE                        SIGNATURE

KTF:KRA
F. #2023R00775

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against –

MING HUANG CHEN,
    also known as "JOE CHEN,"
HANGMING FANG,
RUNHUA HOU,
    also known as "RACHEAL HOU,"
HANGTING LIN,
MINGHAO LIN, and
SHANQING OU,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF AN APPLICATION FOR
AN ARREST WARRANT

(T. 18, U.S.C., § 371)

No. 24-MJ-196

EASTERN DISTRICT OF NEW YORK, SS:

        LUIGI STOLFA, being duly sworn, deposes and states that he is a Special Agent

with the United States Department of Agriculture ("USDA"), Office of Inspector General ("OIG"),

duly appointed according to law and acting as such.

        In or about and between at least August 2022 and May 2023, both dates being

approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants

MING HUANG CHEN, also known as "JOE CHEN," HANGMING FANG, RUNHUA HOU,

also known as "RACHEAL HOU," HANGTING LIN, MINGHAO LIN and SHANQING OU,

together with others, did knowingly and willfully conspire to commit an offense against the United

States, to wit: Title 18, United States Code, Section 545, by unlawfully importing merchandise

into the United States and receiving, concealing, buying, selling and facilitating the transportation, concealment, and sale of illegally imported merchandise.

(Title 18, United States Code, Section 371)

The source of your deponent's information and the grounds for his belief are as follows:[1]

## I.   Introduction and Agent Background

1.     I am a Special Agent with the USDA OIG and have been so employed for approximately 14 years.  Prior to working for the USDA, I spent 8 years in the U.S. Navy as an intelligence specialist.  During my time as a Special Agent with USDA, I have been involved in many investigations relating to violations of federal law, including violations of the prohibitions on importing illegal merchandise and subsequently trafficking in such merchandise.

2.     I am familiar with the facts and circumstances set forth below from my participation in the investigation, from my review of documents obtained pursuant to the investigation and from reports of other law enforcement officers involved in the investigation. When I rely on statements made by others, such statements are set forth only in part and in substance unless otherwise indicated.

## II.   Relevant Statutory and Regulatory Background

3.     The USDA's Food Safety and Inspection Service ("FSIS") is the public health regulatory agency responsible for ensuring that domestic and imported meat, poultry and egg products are safe, wholesome and correctly labeled and packaged.  FSIS has authority to inspect imported meat, see Federal Meat Inspection Act (FMIA) (21 U.S.C. § 601 et seq.), poultry,

---

[1] Because the purpose of this complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

<u>see</u> Poultry Products Inspection Act (PPIA) (21 U.S.C. § 451 <u>et seq.</u>), and eggs, <u>see</u> Egg Products

Inspection Act (EPIA) (21 U.S.C. § 1031 <u>et seq.</u>).

       4.     Countries must be certified to export meat and poultry products for

importation to the United States.  <u>See</u> 21 U.S.C. §§ 620(a), (f) (meat); <u>id.</u> §§ 466(a), (d) (poultry).

Certification occurs through an "equivalence determination process" in which FSIS, in

coordination with a country's "central competent authority," evaluates that country's food safety

inspection practices.  <u>See</u> 9 C.F.R. § 327.2(a)(2) (standards for meat), <u>id.</u> § 381.196(a)(2) (poultry).

If the country passes, then specific establishments within that country may be approved to export

specific types of products to the United States.  <u>See</u> 9 C.F.R. § 327.2(a)(3) (meat); <u>id.</u>

§ 381.196(a)(3) (poultry).

       5.     The FSIS maintains a list of the products eligible to be imported into the

United States from each country achieving equivalence certifications, and of the establishments

within each country permitted to import specific types of products.  <u>See</u> 9 C.F.R. § 327.2(b) (meat);

<u>id.</u> § 381.196(b) (poultry).  For example, at all times relevant here, it has been illegal to import

meat (except for catfish) and poultry (except for "processed (heat-treated/cooked) poultry

products") from China.  <u>See</u> USDA, FSIS, <u>China</u>, <u>available at</u> https://www.fsis.usda.gov/sites/

default/files/media_file/documents/REV_CHINA_09-18-2023.pdf.

       6.     Specifically, at all times relevant to this investigation, the limitations

applicable to imports from China prohibited the importation of, among other things, (1) raw goose

and duck intestines from China; and (2) duck-blood products from any unapproved establishments

in China.  <u>See id.</u>  As described further below, all products seized in this investigation (1)

containing goose and duck intestines have been raw and (2) containing duck blood have been

processed but have not come from eligible establishments.

III.   <u>The Defendants</u>

7.   The defendant MING HUANG CHEN, also known as "JOE CHEN," is a non-U.S. citizen, from China, who lives in Brooklyn, New York.  CHEN, working with others, imports, transports and sells illegal merchandise from China to customers in the United States.

8.   The defendant HANGMING FANG is a non-U.S. citizen, from China, who resides in Brooklyn, New York.  FANG, acting through his firm, Chu Feng Food Wholesale ("Chu Food"), receives and sells illegal merchandise from China.

9.   The defendant RUNHUA HOU, also known as "RACHEAL HOU," is a U.S. citizen who resides in Brooklyn, New York.  HOU is the defendant MING HUANG CHEN's domestic partner.  HOU assists CHEN and others in importing, transporting and selling illegal merchandise.

10.   The defendant HANGTING LIN ("HANGTING") is a U.S. citizen who resides in Brooklyn, New York.  HANGTING assists the defendant MING HUANG CHEN and others by transporting illegal merchandise to customers.

11.   The defendant MINGHAO LIN ("MINGHAO") is a U.S. Legal Permanent Resident who resides in Queens, New York.  MINGHAO assists the defendant MING HUANG CHEN and others by transporting illegal merchandise to customers.

12.   The defendant SHANQING OU is a U.S. Legal Permanent Resident who resides in Brooklyn, New York.  OU receives and sells illegal merchandise from China.

IV.   <u>Probable Cause</u>

a.   <u>Summary</u>

13.   Since at least as early as August 2022, the defendants MING HUANG CHEN, HANGMING FANG, RUNHUA HOU, HANGTING LIN, MINGHAO LIN and

SHANQING OU have participated in a conspiracy to import and distribute illegal meat, poultry and other merchandise from China into the United States.

14.     The shipments of illegal merchandise require the involvement of several co-conspirators who play distinct, and sometimes overlapping, roles.  They can be broadly characterized as (1) "originators," (2) "transporters" and (3) "wholesalers."

15.     The originators—who reside in China and California—recruit co-conspirators and arrange for the transportation of illegal merchandise from China to California, and then on to New York.

16.     The transporters—who include the defendants MING HUANG CHEN, RUNHUA HOU, HANGTING LIN, and MINGHAO LIN—help arrange transportation of the illegal merchandise from California to New York, collect it upon its arrival in New York, and deliver it by cargo van to the wholesalers.  Like the wholesalers, at least CHEN and HANGTING also appear to sell illegal merchandise directly to customers in the United States.

17.     The wholesalers—who include the defendants SHANQING OU and HANGMING FANG—take possession of the illegal merchandise from the transporters and offer it for sale to their customers, including to restaurants in the New York City area.

   b.   The August 19 Shipment

18.     On or about August 19, 2022, a shipping container arrived at the Port of Long Beach in Los Angeles, California from China (the "August 19 Shipment").  According to the CBP custom forms for the August 19 Shipment, it held "1,966 cartons of pet grooming tool pet nail clippers" that had been manufactured in Japan.  The container in fact held illegal poultry merchandise from China.

19.     Over the following days, the container was collected from the Port of Long Beach in Los Angeles, California, and its contents were unloaded.  On August 25, 2022, the contents were dropped off at Los Angeles International Airport ("LAX") for shipment to John F. Kennedy International Airport ("JFK") in Queens, New York, via a major U.S. air carrier's cargo service ("Airline-1"), and were in fact shipped to Queens, New York.

20.     Various records show the defendants MING HUANG CHEN, RUNHUA HOU and MINGHAO LIN were responsible for the August 19 Shipment.  For example:

a.     Airline-1 records for the August 19 Shipment list the sender as "668 Seafood Market LLC" ("668 Seafood") at an address on 8th Avenue in Brooklyn, New York, and the recipient as "Minghao Lin" at an address in College Point, New York.  The recipient information on this airway bill matches the name and address that appear on MINGHAO's driver's license.

b.     According to Airline-1 records, "Ming Chen" signed for and collected this shipment from JFK on August 26.  CHEN's email address received a receipt confirmation from Airline-1 in connection with another shipment to 668 Seafood, described below.  Airline-1 records also show that HOU's phone number and email address have been used for 668 Seafood shipments.

21.     The August 19 Shipment was delivered from JFK to a walk-in freezer (the "freezer") rented by the defendant SHANQING OU at an address on 57th Street in Brooklyn, New York.  When confronted by an FSIS Investigator ("Investigator-1"), OU stated that he met the transporter at the freezer, who showed OU an airway bill that the transporter had with him from picking up the shipment, and it matched the August 19 Shipment's airway bill.  OU also

stated that even before he received the shipment, a transporter with the phone number belonging to the defendant MINGHAO LIN sent him an image of the August 19 Shipment's airway bill.

    c.  The November 4 Shipment

22.    On or about November 4, 2022, an individual dropped off a shipment of goods at LAX for delivery to JFK via Airline-1 (the "November 4 Shipment"). Airline-1 records show that the shipment was incorrectly manifested as containing "frozen seafood." The packages delivered in fact held illegal poultry merchandise from China.

23.    Airline-1 records for this shipment list the sender as 668 Seafood, provide the defendant MINGHAO LIN's number as the sender's phone number, and list the recipient as "JNJ Food Trading Inc." at an address on 8th Avenue in Brooklyn, New York. Airline-1 records show that a receipt confirmation corresponding to this shipment was sent to the defendant MING HUANG CHEN's email.

24.    According to Airline-1 records, a "Minghao Lin" picked up the shipment on November 5, 2022, using the company name "J & J Seafood." Like the shipment described above, this shipment was also transported to the defendant SHANQING OU's freezer. When confronted by Investigator-1, OU stated that he met the transporter at the freezer, and that a different transporter than the one who delivered the prior shipment delivered this one. OU also identified phone numbers belonging to the defendants MINGHAO LIN and HANGTING LIN as the phone numbers of the transporters who delivered him merchandise.

    d.  Seizure of Illegal Merchandise from the August 19 and November 4 Shipments

25.    On or about November 9, 2022, Investigator-1 visited the defendant SHANQING OU's freezer for an inspection. Upon entering the freezer, Investigator-1 observed a large number of packages. The packages bore stickers corresponding to the airway bills for the

August 19 and November 4 Shipments, as is depicted in Exhibits 1 and 2 below.  As also shown

in Exhibit 1, the boxes were also marked with handwritten codes to identify the contents (e.g.,

for one shipment, "a" meant snake meat, "b" meant duck intestines, "c" meant goose intestines,

and "w" meant goose intestines), with a key set forth on at least one box (written in Mandarin, as

shown in Exhibit 1 below).  In some packages, the products were also concealed beneath

packaged rattlesnakes, as depicted in Exhibit 3 below.

  

**Exhibit 1**          **Exhibit 2**          **Exhibit 3**

      26.    Upon opening the boxes, Investigator-1 confirmed that they contained

illegal merchandise, including raw Han Luo Food brand goose intestines and Zhuangjie brand

duck intestines from China.  Exhibit 4 below shows a sample of the illegal poultry merchandise,

and Exhibit 5 below shows the total volume of the illegal poultry merchandise seized during

Investigator-1's visit:

 

**Exhibit 4**          **Exhibit 5**

27.     In total, Investigator-1 observed 79 cartons containing approximately 1,800 pounds of illegal goose intestines and 960 pounds of illegal duck intestines.

e.    The November 19 Shipment

28.     On or about November 19, 2022, Investigator-1 visited the JFK Airline-1 cargo loading dock, where he observed the collection of a third shipment (the "November 19 Shipment").  Airline-1 records identify the shipper of the November 19 Shipment as "668 Seafood Market LLC" and the recipient as "JNJ Food Trading," with the defendant MINGHAO LIN's phone number listed for both entities.  The November 19 Shipment, like the November 4 Shipment, was incorrectly manifested as containing "frozen seafood" but in fact contained restricted hawthorn fruit from China, a restricted agricultural commodity.  The contents of the November 19 Shipment are depicted in Exhibits 6 and 7 below:

    

**Exhibit 6**                                              **Exhibit 7**

29.     Investigator-1 observed the defendant MINGHAO LIN, whom he had previously met and therefore recognized, collect the shipment from the JFK Airline-1 cargo dock.  MINGHAO collected the shipment using a white Ford cargo van registered to the defendant MING HUANG CHEN.

30.     On or about November 21, 2022, Investigator-1 confronted the defendant SHANQING OU concerning the illegal merchandise Investigator-1 had identified at the freezer. OU admitted that he is a "WeChat distributor of meat, poultry, seafood, and other food products

from [China]" who agreed to receive goods from certain originators and rented the freezer to store them.  OU admitted that the originators "coordinate the logistics" of transporting the goods, and his "main job [is] to find a place to store the products [and] then sell them."  Specifically, OU indicated that the originators "hired a man to pickup the two shipments [described above] from JFK International Airport and transport them to [his] storage location."

31.     The defendants MING HUANG CHEN, MINGHAO LIN, and SHANQING OU significantly increased their telephone communications around the times of the shipments.  For example, toll records show MINGHAO and OU exchanged only one phone call from January 2021 to July 2022, but that they exchanged approximately thirty calls from August 25, 2022 to August 30, 2022, the period surrounding the delivery of the August 19 Shipment.  There was then a lull until mid-October 2022, and the pair then exchanged eleven calls from November 3, 2022 through November 5, 2022, the period surrounding the delivery of the November 4 Shipment.  MINGHAO and CHEN maintained very frequent telephone contact throughout this entire period as well, and their calls usually preceded MINGHAO's calls to OU.

f.     The May 25 and 29 Shipments

32.     On or about May 25, 2023, the defendant HANGMING FANG and his company, Chu Food, received approximately 5,595 pounds of illegal Hao Ya Shuang brand duck blood products (the "May 25 Shipment") from a WeChat seller based in California (the "WeChat Seller").  Approximately four days later, FANG and Chu Food sold approximately 132 pounds of these illegal duck blood products to a restaurant in Flushing, Queens, which then sold approximately 132 pounds of the illegal merchandise to their customers.

33.     On or about May 29, 2023, a shipment was sent from LAX to JFK via Airline-1 (the "May 29 Shipment").  Airline-1 records identify the shipper as 668 Seafood and

10

the recipient as JNJ Food Trading Inc.  According to Airline-1 records, a "Minghao Lin" with "JNJ Food Trading" collected the shipment from JFK the following day.  A receipt confirmation for this shipment was sent to the defendant MINGHAO LIN's email.  The next day, the defendant HANGMING FANG and his company, Chu, received approximately 666 pounds of illegal The Smell of Maple spicy duck intestine from the WeChat Seller.

34.     When confronted by Investigator-2 about the shipments, FANG stated that the defendant HANGTING LIN delivered the May 29 Shipment to him.  FANG admitted that the meat and poultry products in the Chu Food garage had been illegally imported from China and that he had offered them for sale to others.  FANG also admitted that he destroyed evidence documenting his receipt of illegal merchandise to conceal his activities.  FANG also indicated that the originators of this shipment coordinated its delivery through the transporters.

35.     The defendants MING HUANG CHEN, HANGTING LIN and MINGHAO LIN significantly increased their telephone communications around the time of the shipments.  For example, toll records show no calls between HANGTING and MINGHAO from at least May 8 until May 18, 2023.  Toll records then show these two exchanged twelve calls between May 18 and May 25, the date of the May 25 Shipment, including five calls on May 25, which were interspersed with calls between CHEN and MINGHAO.  Similarly, toll records between CHEN and HANGTING show they exchanged at least thirty calls between May 23 and May 26, 2023, with calls continuing through the date of the May 29 Shipment.

36.     On or about June 13, 2023, a USDA Officer visited Chu Food and observed and seized illegal meat and poultry merchandise originating from China that were being offered for sale.  In total, Chu Food's garage contained approximately 6,496 pounds of

illegal goose, duck, pork and beef merchandise, the current street value of which is estimated at approximately $147,300.

      g.   The Defendants' Willfulness

      37.   Each defendant knew of the illegal nature of their conduct.  For example, the defendants MING HUANG CHEN, RUNHUA HOU, HANGTING LIN, MINGHAO LIN and SHANQING OU were each either personally warned by FSIS personnel, or present at a meeting at which another person was warned, of the applicable regulations prior to engaging in at least one shipment of illegal merchandise identified above, and the defendant HANGMING FANG, when confronted, admitted to Investigator-2 that he took steps to conceal his activities.

      38.   In addition, shipment records for the companies involved in the shipments of illegal merchandise described above indicate a broader conspiracy than just the shipments that have been identified to date.  Airline-1 records show that 668 Seafood, for example, made 62 shipments, with a total net weight of 52,756.40 kilograms, from LAX to JFK—the path of the four identified shipments of illegal merchandise—from on or about June 13, 2022, until on or about January 27, 2024.

      39.   Law enforcement has only reviewed the contents of four of those shipments—the August 19, November 4, May 25 and May 29 Shipments—but, as explained above, each of those four shipments appeared to contain illegal merchandise.  Moreover, details from Airline-1 records regarding the most recent shipments confirm they bear similarities to the identified shipments of illegal merchandise.  For example:

      a.   Airline-1 transported a January 2, 2024, shipment from 668 Seafood to Minghua Food Trading Inc., a company registered to a prior address of the defendants MING HUANG CHEN and RUNHUA HOU.  Airline-1 records identify the

defendant MINGHAO LIN as having collected the shipment from JFK, and HOU is named as the "individual at the shipper's facility or authorized representative that detail is collected from" on an Airline-1 "U.S. Security Form." Records of x-ray images taken of the packages show that they contain packages of goods that are consistent with the shape and size of other illegal merchandise seized from the defendants, as depicted in Exhibit 8 below.

    b.  Airline-1 also transported a January 27, 2024, shipment from 668 Seafood to "JNJ Seafood," the same entity listed as the recipient of the November 4 and May 29 Shipments. Airline-1 records show that the defendant MINGHAO LIN's phone number is again listed for the shipper, that RUNHUA HOU is again named as the "individual at the shipper's facility or authorized representative that detail is collected from" on the Airline-1 "U.S. Security Form" and the shipment is also manifested as containing "seafood." However, records of x-ray images taken of the packages show that they contain goods that appear to be stacked, round balls that are consistent with the shape and size of products similar to the hawthorn fruit that was identified in the November 19 Shipment, as depicted in Exhibit 9 below.

 

      **Exhibit 8**           **Exhibit 9**

   40.  Google accounts belonging to the defendants MING HUANG CHEN, RUNHUA HOU and HANGTING LIN each also contain images of invoices and other financial documents reflecting the sale of illegal merchandise (e.g., duck blood) during the relevant

period, and HANGTING's account also contained what appear to be spreadsheets of transactions between himself and CHEN that reflect transactions involving additional illegal merchandise (e.g., goose intestines) as recently as December 2023 and January 2024.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendants MING HUANG CHEN, RUNHUA HOU, HANGTING LIN, MINGHAO LIN, SHANQING OU and HANGMING FANG, so that they may be dealt with according to law.

IT IS FURTHER REQUESTED that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including this Affidavit and any arrest warrants issued, with the exception that the complaint and arrest warrant can be unsealed for the limited purpose of disclosing the existence of, or disseminating, the complaint and/or arrest warrant to relevant United States, foreign or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion.  Based on my training and experience, I have learned that criminals actively search for criminal affidavits on the Internet and disseminate them to other criminals as they deem appropriate, such as by posting them publicly through online forums.  Premature disclosure of the contents of this Affidavit and related documents will seriously jeopardize the investigation, including by giving targets an

14

opportunity to flee, destroy or tamper with evidence, change patterns of behavior and notify confederates.

LUIGI STOLFA
Special Agent
U.S. Department of Agriculture
Office of Inspector General

Sworn to before me this
4th day of March, 2024

THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

15

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ming Huang Chen, | ) | Case No.   24-MJ-196 |
| also known as "Joe Chen" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ming Huang Chen, also known as "Joe Chen"                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (conspiracy to unlawfully import merchandise into the United States and receive, conceal, buy, sell and facilitate the transportation, concealment, and sale of illegally imported merchandise)

Date:      03/04/2024

_____
*Issuing officer's signature*

City and state:      Brooklyn, New York

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____         _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only**
**and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____
_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____
_____

History of violence, weapons, drug use: _____
_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____
_____

FBI number: _____

Complete description of auto: _____
_____

Investigative agency and address: _____
_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____
_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____
_____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  24-MJ-196 |
| Hang Ming Fang | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Hang Ming Fang                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☑ Complaint
❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (conspiracy to unlawfully import merchandise into the United States and receive, conceal, buy, sell and facilitate the transportation, concealment, and sale of illegally imported merchandise)

Date:     03/04/2024        _____
                                                            *Issuing officer's signature*

City and state:     Brooklyn, New York        _____
                                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____        _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____        Weight: _____

Sex: _____        Race: _____

Hair: _____        Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
Runhua Hou,
also known as "Racheal Hou"

_____
*Defendant*

)
)
)
)
)
)

Case No.   24-MJ-196

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Runhua Hou, also known as "Racheal Hou"                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (conspiracy to unlawfully import merchandise into the United States and receive, conceal, buy, sell and facilitate the transportation, concealment, and sale of illegally imported merchandise)

Date:      03/04/2024

_____
*Issuing officer's signature*

City and state:     Brooklyn, New York

_____
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Hangting Lin<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Case No.   24-MJ-196 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Hangting Lin                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (conspiracy to unlawfully import merchandise into the United States and receive, conceal, buy, sell and
facilitate the transportation, concealment, and sale of illegally imported merchandise)

Date:      03/04/2024          

                                                                        _____
                                                                        *Issuing officer's signature*

City and state:      Brooklyn, New York          

                                                                        _____
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>                                                                        _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| United States of America | )  | |
|---|---|---|
| v. | ) | Case No.   24-MJ-196 |
| Minghao Lin | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Minghao Lin                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☑ Complaint
❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 371 (conspiracy to unlawfully import merchandise into the United States and receive, conceal, buy, sell and
  facilitate the transportation, concealment, and sale of illegally imported merchandise)

Date:      03/04/2024

_____
*Issuing officer's signature*

City and state:      Brooklyn, New York

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____ <br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Shanqing Ou | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Case No.  24-MJ-196

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Shanqing Ou                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint

❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (conspiracy to unlawfully import merchandise into the United States and receive, conceal, buy, sell and
facilitate the transportation, concealment, and sale of illegally imported merchandise)

Date:      03/04/2024

_____
*Issuing officer's signature*

City and state:      Brooklyn, New York

_____
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____